# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIANA GARZA,<br><br>　　　　　　　Defendant. | CASE NO. 16cr595-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 26] |

　　　Defendant Mariana Garza moves for early termination of her term of supervised release. *See* Doc. No. 26. To date, Defendant has served more than three years of the five-year term imposed by the Court and neither United States Probation nor the United States Attorney oppose the motion.

　　　After considering the factors set forth in Title 18, section 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon due consideration of the applicable statutory factors, the Court **GRANTS** Defendant's motion, and **ORDERS** that her remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

　　　**IT IS SO ORDERED**.

DATE: August 2, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　United States District Judge